| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Beezer, Robert R | 2. Court or Organization U.S. Court of Appeals-9th Cir. | 3. Date of Report 04/04/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address 301 Park Place Building 1200 Sixth Avenue Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 See Part VIII A |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | 2007 Honorary membership** | The Rainier Club, Seattle, WA | $ 0.0 |
| 2. | 2007 Honorary membership** | The Harbor Club, Seattle, WA | $ 0.0 |
| 3. | **See Part VIII B | | $ 0.0 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Coca Cola, Common | D | Dividend | N | T | | | | | |
| 2.  Verizon Communications, Common | C | Dividend | L | T | | | | | |
| 3.  AT&T, Inc. Common | D | Dividend | M | T | | | | | |
| 4.  Fortune Brands, Common | D | Dividend | M | T | | | | | |
| 5.  Exxon, Common | D | Dividend | O | T | | | | | |
| 6.  Ford Motor, Common | | None | J | T | | | | | |
| 7.  U.S. Treasury Bond 11-1/4 2015 | D | Interest | L | T | | | | | |
| 8.  Proc. & Gamble, Common | D | Dividend | N | T | | | | | |
| 9.  Union Bank of Calif., Seattle, | C | Interest | M | T | | | | | |
| 10.  Bethlehem Steel, Common | | None | J | T | | | | | See Part VIII C.3 |
| 11.  U.S. Treasury Bond 10-5/8 (2015) | E | Interest | M | T | | | | | |
| 12.  Bank of America, Common | D | Dividend | M | T | | | | | |
| 13.  Scottish Power, Common | A | Dividend | | | | | | | See Part VIII C.8 |
| 14.  Puget Sound Energy, Common | A | Dividend | J | T | | | | | |
| 15.  Edison International, Common | B | Dividend | L | T | | | | | |
| 16.  Aegon, Common | A | Dividend | K | T | | | | | |
| 17.  Ft. Dearborn, Common | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tri Continental, Common | A | Dividend | K | T | | | | | See Part VIII C.1 |
| 19. General Electric, Common | D | Dividend | M | T | | | | | |
| 20. Dow Chemical, Common | A | Dividend | K | T | | | | | |
| 21. Clorox, Common | B | Dividend | L | T | | | | | |
| 22. Int. Paper, Common | B | Dividend | J | T | | | | | |
| 23. IBM, Common | B | Dividend | L | T | | | | | |
| 24. T. Rowe Price, New Era | C | Dividend | N | T | | | | | See Part VIII C.1 |
| 25. T. Rowe Price, New Horizons | D | Dividend | M | T | | | | | See Part VIII C.1 |
| 26. NL Industries, Common | A | Dividend | J | T | | | | | |
| 27. Bank of America, Savings | A | Interest | L | T | | | | | |
| 28. U.S. Treasury Bond 9% (2018) | C | Interest | L | T | | | | | |
| 29. Great Northern Iron Ore Trust Certificate | B | Dividend | K | T | | | | | |
| 30. Treasury Direct (No. 1) | F | Interest | O | T | | | | | See Part VIII C.2 |
| 31. Treasury Direct (No. 2) | E | Interest | P1 | T | | | | | See Part VIII C.2 |
| 32. Pioneer Natural Resources, Common | A | Dividend | J | T | | | | | |
| 33. Starbucks, Common | | None | L | T | | | | | |
| 34. US Bank, Seattle | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Key Bank, Seattle | A | Interest | L | T | | | | | |
| 36. Washington Mutual Savings, Seattle | C | Interest | L | T | | | | | |
| 37. Wells Fargo Bank,Seattle | C | Interest | M | T | | | | | |
| 38. Vodafone, Common | B | Dividend | M | T | | | | | |
| 39. Cytec, Common | A | Dividend | J | T | | | | | |
| 40. Tesoro, Common | B | Dividend | M | T | | | | | |
| 41. U.S. Treasury Bond 8% (2021) | C | Interest | L | T | | | | | |
| 42. Alcatel Lucent | A | Dividend | J | T | | | | | See Part VIII C.4 |
| 43. NCR Corp., Common | | None | J | T | | | | | |
| 44. Gallaher, ADRS | | None | M | T | | | | | |
| 45. Qwest, Common | A | Dividend | J | T | | | | | See Part VIII C.5 |
| 46. Citigroup, Common | A | Dividend | J | T | | | | | |
| 47. Halliburton, Common | A | Dividend | J | T | | | | | |
| 48. U.S. Treasury Bond 6% (2026) | D | Interest | M | T | | | | | |
| 49. Avaya Communications, Common | | None | | | Sell | 10/26 | J | B | |
| 50. Visteon Corporation, Common | | None | J | T | | | | | |
| 51. Minnesota GO 2010 5% | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Home Street Bank, Seattle | C | Interest | M | T | | | | | |
| 53. Washington Federal S&L, Seattle | C | Interest | L | T | | | | | |
| 54. Verity Credit Union | A | Interest | K | T | | | | | |
| 55. The Travelers | A | Dividend | J | T | | | | | |
| 56. Comcast, Class A, Common | | None | K | T | | | | | See Part VIII C.6 |
| 57. Treasury Direct No. 3 | E | Interest | O | T | | | | | See Part VIII C.2 |
| 58. Kronos Worldwide | A | Dividend | J | T | | | | | |
| 59. Acco Brands | | None | J | T | | | | | |
| 60. LSI, formerly Agere Systems, Common | | None | J | T | | | | | See Part VIII C.7 |
| 61. J.M. Smucker | A | Dividend | J | T | | | | | |
| 62. Idearc | A | Dividend | J | T | | | | | |
| 63. Iberdrola | A | Dividend | K | | | | | | |
| 64. Teradata | | None | J | T | | | | | See Part VIII C.9 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A. Explanation for Part I: Positions. Also, Part VII: Investments and Trusts

Robert R. Beezer is named as trustee under the terms of a last will and testament establishing Trust #1. During 2007, the trust received income in an amount of Income Code E.

As of December 31, 2007, Trust #1 held assets as follows:

| Item | Value Code |
|---|---|
| Shares of General Electric, Common | J |
| U.S. Treasury Bonds 10-5/8 due 2015 | M |
| Shares of AT&T, Inc. Common | K |
| Checking account, Union Bank of California, Seattle, WA | K |

Robert R. Beezer has no interest, present or future, in the income or assets of Trust #1

B. Explanation for Part V: Gifts

**These memberships are limited to signing privileges and permit use of club facilities. They do not have a fixed monetary value but each is estimated to have an annual value in excess of $500.00

C. Explanation for Part VII: Investments and Trusts

1. Dividend reinvestments resulted in the the receipt of additional shares from the following firms during calendar year 2007 as follows:

Tri Continental Corporation
T. Rowe Price, New Era Fund
T. Rowe Price, New Horizon

2. All treasury bills were maintained in Legacy Treasury Direct, formerly known as "Treasury Direct," accounts and are reported in 2007 as a single entry. During 2007, principal deposits were made to these accounts in the following amounts:

Account No. 1   Value Code M
Account No. 2   Value Code L

3. Bethlehen Steel is a corporation which filed for bankruptcy and the shares of the corporation have no monetary value. No further reporting of this asset is required.

4. On February 6, 2007 Lucent stock was surrendered and a merger of Alcatel-Lucent shares were distributed together with cash for fractional shares.

5. Qwest and U.S. West litigation resulted in damage awards to former shareholders in the total sum reportable under income code A.

6. On February 2, 2007 Comast stock split 2:1.

7. On April 2, 2007 Agere System shares were exchanged for LSI shares at the rate of ▮▮▮▮ LSI, together with cash for fractional shares.

8. On April 27, 2007 Scottish Power was acquired by Iberdrola, SA for cash in the sum of value code J, together with ▮▮▮▮ Iberdrola in ADR form. This transaction resulted in a capital loss of Code C.

9. On September 30, 2007 NCR issued ▮▮▮▮ Teradata pursuant to a resolution approving a spin-off.

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 04/04/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544